```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                           Judge William J. Martínez
```
___

| | |
|---|---|
| Courtroom Deputy: Sandra Hartmann | Date: July 25, 2013 |
| Court Reporter: Gwen Daniel | Probation: Gary Burney |

___

Criminal Action No. 13-cr-0096-WJ,M                    <u>Counsel:</u>

UNITED STATES OF AMERICA,                              Beth Gibson

    Plaintiff,

v.

JOSE ANGEL PALOMINO-HOLGUIN                            Brian Leedy
    Defendant.

___

## COURTROOM MINUTES
___

HEARING - SENTENCING

11:15 a.m.     Court in Session

Appearances of counsel.

Defendant is present in custody.

Oath administered to the defendant.

> Defendant plead guilty to Count 1 of the Indictment on March 13, 2013

Court's comments.

Sentencing Statement by Ms. Gibson.

Sentencing Statement by Brian Leedy.

Defendant's Allocution.

**ORDERED:   Defendant's Motion for Downward Departure Based on Cultural Assimilation is GRANTED in part, and his Motion in the Alternative for a Variant Sentence [23] is DENIED as MOOT.**

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose Angel Palomino-Holguin, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months .**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court also recommends to the Director of the Bureau of Prisons that the Defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of 2 years.**

**1)      While on supervised release the Defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined by 18 U.S.C.§ 921, and shall comply with the standard conditions that have been adopted by this Court.**

**ORDERED:   The following special conditions of supervised release are imposed:**

**1)      If the Defendant is deported, he shall not there after reenter the United States illegally. If the Defendant reenters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**ORDERED:   The special assessment fee of $100.00  is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The Court advises the defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

11:38 a.m.  Court in Recess
 Hearing concluded
 Time:00:23